UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RFG PETRO SYSTEMS, LLC, a Florida
limited liability company,

      Plaintiff,

v.                                           Case No.: 2:20-cv-00656-JLB-MRM

JONATHAN R. MARTIN, an individual,
PLASTICS CONSULTING, LLC, a Texas
limited liability company, and BLACK
MAMBA ROD LIFT LLC, a Texas limited
liability company,

      Defendant.
_____/

## ORDER

In compliance with this Court's remand order (Doc. 20), the parties stipulate that they have reached a confidential agreement regarding the attorneys' fees and costs incurred by Plaintiff as a result of the removal. (Doc. 21); 28 U.S.C. § 1447(c). The Court accepts the stipulation but retains jurisdiction **for sixty days** to reopen the case for further proceedings solely on the issue of attorneys' fees and costs upon a motion filed by any party. This matter shall otherwise remain **CLOSED**.

**ORDERED** in Fort Myers, Florida, on September 29, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE